**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNIVERSITY OF WEST FLORIDA
BOARD OF TRUSTEES and UNIVERSITY
OF WEST FLORIDA FOUNDATION, INC.,**

        **Plaintiff,**

        **v.**                              Case No. 3:04cv25/RVMD

**CAPSTONE DEVELOPMENT
CORPORATION, et al.,**

        **Defendants.**
_____/

**ORDER CONFIRMING ARBITRATION AWARD**

        Upon consideration of the plaintiffs' motion (doc. 39) and supporing memorandum, the motion is GRANTED and the arbitration award entered in this matter is hereby confirmed. The Clerk shall enter judgment in favor of the plaintiffs against defendant Demarest and Associates Architects, Inc., in the amount of $188,994.50, together with Florida statutory interest commencing March 1, 2005, and taxable costs.

        DONE AND ORDERED this 25th day of April, 2005.

                                                    /s/ *Roger Vinson*
                                                  **ROGER VINSON
                                                  Senior U.S. District Judge**