UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNIVERSITY OF WEST FLORIDA
BOARD OF TRUSTEES, ET AL

     VS                                                                      CASE NO.  3:04cv25 RV/MD

CAPSTONE DEVELOPMENT
CORPORATION, ET AL

## JUDGMENT

This action came before the Honorable Roger Vinson and a decision has been rendered.

Judgment is hereby entered in favor of the plaintiffs against defendant Demarest and Associates Architects, Inc., in the amount of $188,994.50, together with Florida statutory interest commencing March 1, 2005, and taxable costs.

                                                  WILLIAM M. McCOOL, CLERK OF COURT

April 25, 2005                              /s/ *Lynn C. Uhl*
DATE                                          Deputy Clerk: Lynn Uhl

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____

Document No.