## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

**UNIVERSITY OF WEST FLORIDA**
**BOARD OF TRUSTEES and UNIVERSITY**
**OF WEST FLORIDA FOUNDATION, INC.**

**CIVIL ACTION**

**VERSUS**

**CAPSTONE DEVELOPMENT**          **NO. 3:04cv25**
**CORPORATION, CAPSTONE BUILDING**
**CORPORATION, CAPSTONE PROPERTIES**
**CORPORATION, TRAVELERS CASUALTY**
**AND SURETY COMPANY OF AMERICA**
**and DEMAREST AND ASSOCIATES**
**ARCHITECTS, INC.**

### JUDGMENT OF PARTIAL DISMISSAL

CONSIDERING the Motion for Partial Dismissal filed in these proceedings on behalf of Plaintiffs, the University of West Florida Board of Trustees and University of West Florida Foundation, Inc.;

PARTIAL JUDGMENT IS HEREBY ENTERED dismissing with prejudice all claims and causes of action asserted in these proceedings by Plaintiffs, the University of West Florida Board of Trustees and University of West Florida Foundation, Inc., against Capstone Development Corporation and/or Capstone Building Corporation and/or Capstone Properties Corporation and/or Travelers Casualty and Surety Company of America with each party to pay its own costs, expenses and fees, preserving intact and unaffected by this Judgment any and all claims which Plaintiffs have or may have against all other persons, entities or parties including, but not limited to, Demarest and Associates Architects, Inc. and its insurers including, but not limited to, Gulf Insurance Company.

This reservation of rights specifically excludes all parties to the February 2005 settlement agreement reached in connection with American Arbitration Association Case No. 33Y1100004204.

DONE AND ORDERED this 5th day of May, 2005.

/s/ *Roger Vinson*
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA